Decided June 4, 1993

RALPH H. CASSELLA *v.* DEPARTMENT OF LIQUOR CONTROL

The plaintiff's petition for certification for appeal from the Appellate Court, 30 Conn. App. 738 (AC 11337), is denied.

*Charles A. Eggert,* in support of the petition.

*Martin Rosenfeld,* assistant attorney general, in opposition.

Decided June 17, 1993